MEMO ENDORSED

# SheppardMullin

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

Sarah Elizabeth Aberg
212.634.3091 direct
212.655.1727 fax
saberg@sheppardmullin.com

September 3, 2021

10-21-21

**VIA ECF**

Honorable Andrew L. Carter
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   United States v. Dashawn Turner, Case No. 1:18-cr-00068-ALC

Dear Judge Carter:

Pursuant to Your Honor's Individual Practices, no. 6, on behalf of Defendant Dashawn Turner, we respectfully request that Mr. Turner's Reply Brief to the Government's Opposition to Mr. Turner's Motion for Compassionate Release, pursuant to 18 U.S.C. section 3562(c)(1)(A), be filed under seal.

We further request permission to file a redacted public version of Mr. Turner's Reply Brief, with the information pertaining to Mr. Turner's medical records redacted. We make these requests to ensure consistent treatment of previously sealed information, to avoid the unnecessary disclosure of personal information, and to preserve Mr. Turner's privacy.

Respectfully,

/s/ Sarah E. Aberg
Sarah Elizabeth Aberg
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza, Floor 39
New York, NY 10112

~~The~~ application is ✓ granted.
                    ~~denied~~.

_Andrew L. Carter Jr._
Andrew L. Carter Jr, U.S.D.J.
Dated: 10-21-21
            NY, New York