```
UNITED STATES DISTRICT COURT                       USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                      DOCUMENT
                                                   ELECTRONICALLY FILED
------------------------------------------------x  DOC#: _____
UNITED STATES OF AMERICA,                       :  DATE FILED: 10-11-22
                                                :
                         Plaintiff,             :
                                                :  18-CR-68 (ALC)
            -against-                           :
                                                :  ORDER
DASHAWN TURNER,                                 :
                                                :
                         Defendant.             :
                                                :
------------------------------------------------x
```

ANDREW L. CARTER, JR., District Judge:

A Violation of Supervised Release Hearing is set for **October 20, 2022** at 4:00 p.m.

SO ORDERED.

Dated:     New York, New York
           October 11, 2022

_____
ANDREW L. CARTER, JR.
United States District Judge