```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-9-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                        Plaintiff,

      -against-

DASHAWN TURNER,

                       Defendant.

------------------------------------------------------------------- x

18-CR-68 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

A continued Evidentiary Hearing on a Violation of Supervised Release is set for **December 14, 2022** at **10:00 a.m.**

SO ORDERED.

Dated:    New York, New York
            December 9, 2022

                                                                 _____
                                                                       ANDREW L. CARTER, JR.
                                                                       United States District Judge